AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| JOHNSON SAINT-LOUIS | ) | 4:21mj260-MAF |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 29, 2021__ in the county of __Leon__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) and (d) | Armed Bank Robbery |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Patrick N. Sanford, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Patrick N. Sanford, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/05/2021__

_____
*Judge's signature*

City and state: __Tallahassee, FL__    Charles A. Stampelos, U.S. Magistrate Judge
*Printed name and title*



RCV'D USDC FLND TL
NOV 5 '21 PM4:21